IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LONNIE SPELLMAN,              :        CIVIL ACTION
    Petitioner,              :
                                  :
    v.                        :
                                    :
SUPERINTENDENT BRENDA TRITT, et al., :
    Respondents.             :        No.  13-7110

## ORDER

MITCHELL S. GOLDBERG, J.

AND NOW, this 10th day of Dec., 2014, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.    The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is DISMISSED with prejudice.

    iii.    There is no probable cause to issue a certificate of appealability.

    iv.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.